UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA L. DURKEE | ) | NO. CV 08-06254-PA(CT) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge,

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security.

DATED: April 6, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE